# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

SONDRA PRUITT

XXX-XX-3639

CHAPTER 13 CASE
NO. 12-33151-DHW

Debtor(s).

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Approve Compromise or Settlement pursuant 9019(a)

## AMENDED MOTION TO APPROVE SETTLEMENT

COMES NOW, William David Bence, and moves this Honorable Court to approve the settlement of the debtor(s), Sondra Pruitt's Personal Injury lawsuit, and as grounds for said motion, states as follows:

On or about July 1, 2014, your debtor contends she was a guest of a premises in Montgomery, Alabama. As said time, Ms. Pruitt was exposed to mold. Ms. Pruitt became ill. Your debtor made claims against the premises entity and the parties have reached a confidential settlement of her claim.

Counsel for Ms. Pruitt would request this Honorable Court to allow his office to disburse the funds by directly retaining his attorney's fee and expenses, and disburse the remaining funds to Bankruptcy Trustee, Sabrina McKinney.

WHEREFORE, the above premises considered, the William David Bence moves this Honorable Court to **approve** the debtor(s) settlement so that William David Bence may release the proceeds to the Trustee for the benefit of the debtor's unsecured creditors. The undersigned will file a separate application for approval of fees and reimbursement of expenses.

Respectfully submitted this __7th__ day of August, 2017.

David Bence (BEN068)

BENCE LAW FIRM, LLC
PO Box 3737
Phenix City, AL 36868
(334) 539-5000
(334) 539-5003 – fax
David@BenceLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing MOTION TO APPROVE SETTLEMENT on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this __7th__ day of __August__, 2017.

Richard Shinbaum
The Shinbaum Law Firm
PO Box 201
Montgomery, AL 36101-0201
rshinbaum@smclega.com

Sabrina McKinney
PO Box 173
Montgomery, AL 36101-0173
mckinneys@ch13mdal.com

David Bence (BEN068)